UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN MULTI-CINEMA, INC., a Missouri corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MANTECA LIFESTYLE CENTER, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendant. | Case No.  2:16-CV-01066-TLN-KJN<br><br>**ORDER GRANTING STIPULATION MODIFYING SCHEDULING ORDER**<br><br>Action Filed:　　May 19, 2016<br>Trial Date:　　　March 12, 2018 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING STIPULATION
MODIFYING SCHEDULING ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the Scheduling Order dated December 29, 2016 is modified as follows:

| EVENT | ORIGINAL DATE | NEW PROPOSED DATE |
|---|---|---|
| Fact Discovery cut-off | April 14, 2017 | June 9, 2017 |
| Expert Disclosures | June 15, 2017 | NO CHANGE |
| Deadline to hear dispositive motions | October 19, 2017 | NO CHANGE |
| Pretrial conference statement due | January 4, 2018 | NO CHANGE |
| Pretrial conference | January 11, 2018 at 2:00 p.m. | NO CHANGE |
| Trial | March 12, 2018 at 9:00 a.m. | NO CHANGE |

**IT IS SO ORDERED.**

DATED: March 07, 2107

_____
Troy L. Nunley
United States District Judge