1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    AMERICAN MULTI-CINEMA, INC.,               No.  2:16-cv-1066 TLN KJN

12                 Plaintiff,

13          v.                                    ORDER

14    MANTECA LIFESTYLE CENTER, LLC,

15                 Defendant.

16

17          Pursuant to the parties' request, the court conducted an informal telephonic discovery

18   conference on March 30, 2017.  Attorney Christopher Rheinheimer appeared on behalf of

19   plaintiff, and attorney Daniel Fleming appeared on behalf of defendant.  After carefully

20   considering the parties' joint letter brief (ECF No. 23) and the parties' oral arguments at the

21   telephonic conference, IT IS HEREBY ORDERED that:

22          1.  Defendant shall produce documents responsive to Request Nos. 30, 31, 32, and 35 no

23              later than April 28, 2017, subject to any stipulated extension by the parties.  However,

24              defendant may redact any information that is not pertinent to the community facility

25              district ("CFD") special assessments and payment provisions, such as the amount of

26              rent per square footage or tenant improvement allotments.

27          2.  After review of the responsive documents, the parties shall meet and confer in good

28              faith regarding the need for further discovery, including deposition testimony, related

1

1    to the other leases and tenants.

2        IT IS SO ORDERED.

3    Dated:  March 31, 2017

4

5    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28