UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MULTI-CINEMA, INC., | No. 2:16-cv-1066 TLN KJN |
| Plaintiff, | |
| v. | ORDER |
| MANTECA LIFESTYLE CENTER, LLC, | |
| Defendant. | |

Pursuant to the parties' request, the court conducted an informal telephonic discovery conference on April 25, 2017. Attorney Christopher Rheinheimer appeared on behalf of plaintiff, and attorney Daniel Fleming appeared on behalf of defendant. For the reasons discussed with the parties at the telephonic conference, IT IS HEREBY ORDERED that:

1. Defendant shall produce to plaintiff, subject to the terms of the parties' stipulated protective order, complete copies of the tenant leases responsive to plaintiff's discovery requests that were at issue in the court's prior March 31, 2017 order. Defendant will be permitted to redact only the amounts reflecting rent per square footage or tenant improvement allotments, as well as any other amounts or information defendant in good faith deems highly confidential.[1]

---

[1] In the event that defendant seeks to redact information other than the amount of rent per square footage or tenant improvement allotments, defendant's counsel shall meet and confer with

1

2. Defendant shall produce the appropriately-redacted leases as expeditiously as possible, with a view to allowing plaintiff's counsel sufficient time to review them prior to the depositions scheduled for the week of May 1, 2017, and with the understanding that depositions may have to be rescheduled if plaintiff's counsel has insufficient time to reasonably prepare for such depositions.

IT IS SO ORDERED.

Dated: April 26, 2017

*[Signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

plaintiff's counsel regarding the proposed redactions. If the parties are unable to agree regarding a proposed redaction after exhausting good faith meet-and-confer efforts, the parties may seek another informal telephonic conference with the court regarding the specific portion(s) of the leases at issue.