UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MULTI-CINEMA, INC., <br> Plaintiff, <br> v. <br> MANTECA LIFESTYLE CENTER, LLC, <br> Defendant. | No. 2:16-cv-1066 TLN KJN <br><br> ORDER |

Pursuant to the parties' request, the court conducted an informal telephonic discovery conference on June 8, 2017. Attorney Christopher Rheinheimer appeared on behalf of plaintiff, and attorney Daniel Fleming appeared on behalf of defendant. After considering the parties' joint letter brief (ECF No. 34), and for the reasons discussed with the parties at the telephonic conference, including the impending June 9, 2017 fact discovery completion deadline, IT IS HEREBY ORDERED that:

1. Defendant's request to compel production of electronically stored information ("ESI") relating to the Kerasotes entity for an increased scope of time beyond June 2009 to June 2010 is denied.
2. Defendant's request to compel plaintiff to conduct additional searches of ESI related to Kerasotes with additional search terms is denied.
3. Defendant's request to compel plaintiff to conduct additional research and searches

with respect to Kerasotes documents potentially located at the Bollingbrook and Chicago locations identified in the parties' joint letter brief is denied.

IT IS SO ORDERED.

Dated: June 9, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE