UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN MULTI-CINEMA, INC., a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>MANTECA LIFESTYLE CENTER, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:16-CV-01066-TLN-KJN<br><br>**ORDER GRANTING STIPULATED *EX PARTE* APPLICATION FOR ORDER MODIFYING SCHEDULING ORDER**<br><br>Action Filed: May 19, 2016<br>Trial Date: March 12, 2018 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the Scheduling Order dated December 29, 2016 and the Order Granting Stipulation Modifying Scheduling Order dated March 7, 2017, are modified as follows:

| EVENT | ORIGINAL DATE | NEW PROPOSED DATE |
|---|---|---|
| Fact Discovery cut-off | June 9, 2017 | NO CHANGE |
| Expert Disclosures | June 15, 2017 | August 1, 2017 |
| Deadline to hear dispositive motions | October 19, 2017 | **December 14, 2017** |
| Pretrial conference statement due | January 4, 2018 | **February 15, 2018** |
| Pretrial conference | January 11, 2018 at 2:00 p.m. | **February 22, 2018** |
| Trial | March 12, 2018 at 9:00 a.m. | **April 30, 2018** |

**IT IS SO ORDERED.**

Dated: June 14, 2017

_____
Troy L. Nunley
United States District Judge

Manatt, Phelps & Phillips, LLP
Attorneys At Law
San Francisco