UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN MULTI-CINEMA, INC., a Missouri corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MANTECA LIFESTYLE CENTER, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendant. | Case No. 2:16-CV-01066-TLN-KJN<br><br>**ORDER GRANTING STIPULATED *EX PARTE* APPLICATION FOR ORDER MODIFYING SCHEDULING ORDER**<br><br>Action Filed:　　May 19, 2016<br>Trial Date:　　　April 30, 2018 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the Scheduling Order dated July 31, 2017 is modified as follows:

| EVENT | ORIGINAL DATE | NEW PROPOSED DATE |
|---|---|---|
| Fact Discovery cut-off | June 9, 2017 | NO CHANGE |
| Expert Disclosures | August 9, 2017 | NO CHANGE |
| Supplemental Expert Disclosures | August 29, 2017 | September 5, 2017 |
| Deadline to hear dispositive motions | December 5, 2017 | NO CHANGE |
| Pretrial conference statement due | February 20, 2018 | NO CHANGE |
| Pretrial conference | February 27, 2018 at 2:00 p.m. | NO CHANGE |
| Trial | April 30, 2018 at 9:00 a.m. | NO CHANGE |

**IT IS SO ORDERED.**

Dated: August 24, 2017

_____
Troy L. Nunley
United States District Judge