UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN MULTI-CINEMA, INC., a Missouri corporation,<br><br>        Plaintiff,<br><br>v.<br><br>MANTECA LIFESTYLE CENTER, LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No. 2:16-CV-01066-TLN-KJN<br><br>**ORDER GRANTING STIPULATED *EX PARTE* APPLICATION FOR ORDER MODIFYING SCHEDULING ORDER**<br><br>Action Filed:   May 19, 2016<br>Trial Date:      April 30, 2018 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the Scheduling Order dated August 24, 2017 is modified as follows:

| EVENT | ORIGINAL DATE | NEW PROPOSED DATE |
|---|---|---|
| Fact Discovery cut-off | June 9, 2017 | NO CHANGE |
| Expert Disclosures | August 9, 2017 | NO CHANGE |
| Supplemental Expert Disclosures | September 5, 2017 | NO CHANGE |
| Deadline to hear dispositive motions | December 14, 2017 | **February 22, 2018** |
| Pretrial conference statement due | February 15, 2018 | **April 26, 2018** |
| Pretrial conference | February 22, 2018 at 2:00 p.m. | **May 3, 2018, at 2:00 PM** |
| Trial | April 30, 2018 at 9:00 a.m. | **July 9, 2018, at 9:00 AM** |

**IT IS SO ORDERED.**

Dated: October 24, 2017

Troy L. Nunley
United States District Judge