UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN MULTI-CINEMA, INC., a Missouri corporation,<br><br>          Plaintiff,<br><br>v.<br><br>MANTECA LIFESTYLE CENTER, LLC, a Delaware limited liability company,<br><br>          Defendant. | Case No.   2:16-CV-01066-TLN-KJN<br><br>**BENCH TRIAL MINUTES**<br><br>Date:               July 26, 2022<br>Deputy Clerk:   Michele Krueger<br>Court Reporter: Kacy Barajas |

For the Plaintiff
Robert Platt and Christian Baker

For the Defendant
Daniel Fleming

Proceedings: Bench Trial (Day 1) – Motions in Limine, Opening Statements and Evidence Entered

9:50    Counsel and parties present. The Court conferred with counsel regarding trial matters, including the pretrial order. The Court issued its ruling on the Motions in Limine (ECF Nos. [87], [89], [90], [91], and [92]).

10:35   Morning recess.

10:48   Court back in session with counsel and parties present. Opening statement by Plaintiff's Counsel, Mr. Platt.

11:24   Opening Statement by Defense Counsel, Mr. Fleming.

11:50   Plaintiff introduced testimony of **Ross Schram** via video deposition.

12:00   Court in recess for lunch.

1:08    Court back in session with counsel and parties present. Plaintiff introduced testimony of **Alesia Kempe** via video deposition.

1:26    Plaintiff called witness **Ronald Herman,** sworn and testified on direct by Mr. Baker

2:45    Afternoon recess.

2:58    Court back in session with counsel and parties present. Continued with direct examination of Mr. Herman.

3:04    Cross-examination of Mr. Herman by Mr. Fleming.

4:11    The Court conferred with the parties regarding exhibits defendant request to be admitted into evidence.

4:30   Re-direct of Mr. Herman.

4:42   Re-cross of Mr. Herman.

4:49   The witness was excused, and Court adjourned until 9:00 a.m. on Wednesday, July 27, 2022.

**Plaintiff's Exhibits Admitted:**   1, 22, 38, 41, 49, 74, 99, 103, 120, (121, 125 and 127-Demonstrative)

**Defendant's Exhibits Admitted:** RR, XX, YY, ZZ