Daniel C. Fleming, Esq., (SBN 314283)
**WONG FLEMING**
821 Alexander Road, Suite 200
Princeton, New Jersey 08540
Phone: (609) 951-9520
Fax: (609) 951-0270
Email: dfleming@wongfleming.com

*Attorneys for Defendant Manteca Lifestyle Center, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTIO DIVISION

| | |
|---|---|
| AMERICAN MULTI-CINEMA, INC., a Missouri corporation,<br><br>                    Plaintiff,<br>     vs.<br><br>MANTECA LIFESTYLE CENTER, LLC, a Delaware limited liability company,<br><br>                    Defendant. | Case No. 2:16-CV-01066-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE DEADLINES**<br><br>Action File: May 19, 2016<br>Trial Date:  July 26, 2022 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff American Multi-Cinema, Inc. and Defendant Manteca Lifestyle Center, LLC that

1. The court reporter shall provide the trial transcript by August 26, 2022, as set forth in her August 18, 2022 email attached hereto as Exhibit 1; and

2. The deadline for the parties to submit their Proposed Findings of Fact and Conclusions of Law as set by the Court's Minute Order (Dkt. No. 116) is extended to September 16, 2022.

1

1  RESPECTFULLY SUBMITTED this 19th day of August 2022.

STIPULATED AND AGREED TO:

Dated: August 19, 2022                **WONG FLEMING, P.C.**

By: /s/ Daniel C. Fleming
   Daniel C. Fleming (SBN 314283)
   *Attorneys for Defendant*
   *Manteca Lifestyle Center, LLC*

Dated: August 19, 2022                **MANATT, PHELPS & PHILLIPS, LLP**

By: */s/ Christian E. Baker (with permission)*
   Christian E. Baker (SBN 247006)
   *Attorneys for Plaintiff*
   *American Multi-Cinema, Inc*

**IT IS SO ORDERED**.

Dated: August 19, 2022

_____
Troy L. Nunley
United States District Judge