UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MULTI-CINEMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MANTECA LIFESTYLE CENTER, LLC, <br><br> Defendant. | Case No. 2:16-cv-01066-TLN-KJN <br><br> **SUPPLEMENT TO FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

### I.    DAMAGES

Based on the uncontested evidence submitted by Plaintiff (ECF No. 129-1) and the parties' supplemental briefing on the issue of damages (ECF Nos. 129–131), the Court finds Plaintiff is entitled to damages in the total amount of $1,943,504.04, which represents overpayments made by Plaintiff after the Complaint was filed, plus interest, as calculated in Ronald Herman's declaration at paragraph 6 (ECF No. 129-1 at 3 ¶ 6).

### II.    CONCLUSION

The Clerk of Court is directed to enter judgment in Plaintiff's favor consistent with the ruling set forth herein and the ruling set forth in ECF No. 128 and close the case.

///

///

1       IT IS SO ORDERED.

2 Dated: July 05, 2023

                                    Troy L. Nunley
                                    United States District Judge