Daniel C. Fleming, Esq., (SBN 314283)
**WONG FLEMING**
821 Alexander Road, Suite 200
Princeton, New Jersey 08540
Phone: (609) 951-9520
Fax: (609) 951-0270
Email: dfleming@wongfleming.com

*Attorneys for Defendant Manteca Lifestyle Center, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTIO DIVISION

| | |
|---|---|
| AMERICAN MULTI-CINEMA, INC., a Missouri corporation,<br><br>                    Plaintiff,<br>     vs.<br><br>MANTECA LIFESTYLE CENTER, LLC, a Delaware limited liability company,<br><br>                    Defendant. | Case No. 2:16-CV-01066-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE DEADLINES**<br><br>Action File: May 19, 2016<br>Trial Date:  July 26, 2022 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff American Multi-Cinema, Inc. ("AMC") and Defendant Manteca Lifestyle Center, LLC ("Manteca") that

1. The deadline for Manteca to file an opposition to AMC's Motion for Attorneys' Fees, presently due on August 16, shall be extended to August 24;

2. The deadline for AMC to file a reply, presently due on August 28 shall be extended to September 5; and

3. This is the first request for which an extension is sought.

1

RESPECTFULLY SUBMITTED this 4th day of August 2023.

STIPULATED AND AGREED TO:

Dated: August 4, 2023                    **WONG FLEMING, P.C.**

By: */s/ Daniel C. Fleming*
   Daniel C. Fleming (SBN 314283)
   *Attorneys for Defendant*
   *Manteca Lifestyle Center, LLC*


Dated: August 4, 2023                    **MANATT, PHELPS & PHILLIPS, LLP**

By: */s/ Robert H. Platt (with permission)*
   Robert H. Platt (SBN 108533)
   *Attorneys for Plaintiff*
   *American Multi-Cinema, Inc*


**IT IS SO ORDERED**.

DATED: August 4, 2023

Troy L. Nunley
United States District Judge

2

JOINT STIPULATION AND ORDER
EXTENDING BRIEFING SCHEDULE
DEADLINES